IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


EMILY SIZEMORE,                )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )          2:23cv198-MHT
                               )              (WO)
RICHARD N. DORMAN,             )
individually,                  )
                               )
     Defendant.                )

ORDER

For good cause shown, and based on the representation in the motion that plaintiff does not object to the granting of the motion, it is ORDERED that:

(1) Defendant Richard N. Dorman's motion to stay (Doc. 120) is granted.

(2) This case is stayed pending resolution of defendant's appeal.

(3) The jury selection and trial, currently set for May 11, 2026, and all remaining deadlines are suspended.

This case is administratively closed pending resolution of the appeal.

DONE, this the 30th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2